ANTHONY J. DECRISTOFORO SBN# 166171
anthony.decristoforo@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Esquire Plaza
1215 K Street 17th Floor
Sacramento, CA  95814
Telephone:     916.840.3140
Facsimile:      916.840.3159

Attorneys for Defendants CALIFORNIA CHECK CASHING STORES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA CHECK CASHING STORES, LLC dba CA CHECK CASHING; SEENO ENTERPRISES LLC<br><br>Defendants. | Case No. 17-CV-04624-MMC<br><br>**DEFENDANT CALIFORNIA CHECK CASHING STORES, LLC'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>Complaint Filed:  August 11, 2017 |

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant California Check Cashing Stores, LLC states that it is a limited liability company, that its sole member is CCCS Holdings, LLC and that CCCS Holdings, LLC's sole member is CCCS Corporate Holdings, Inc.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

///

31333906_1.docx

| Entity | Interest |
|---|---|
| CCCS Corporate Holdings, LLC | California Check Cashing Stores, LLC's sole member |
| CCCS Corporate Holdings, Inc. | CCCS Holdings, LLC's sole member |

DATED: September 25, 2017

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Anthony J. DeCristoforo
    Anthony J. DeCristoforo
    Attorneys for Defendants CALIFORNIA CHECK CASHING STORES, LLC

31333906.1

31333906_1.docx

2      Case No. 17-CV-04624-MMC

DEFENDANT CALIFORNIA CHECK CASHING STORES, LLC'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS