IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA CHECK CASHING STORES, LLC,<br><br>    Defendant. | Case No. 17-cv-04624-MMC<br><br>**ORDER OF DISMISSAL** |

The parties having settled the above-titled case at the settlement conference conducted on February 13, 2019,

IT IS HEREBY ORDERED that plaintiff's claims alleged against defendant herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereof on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar for further proceedings as appropriate.

**IT IS SO ORDERED.**

Dated: February 13, 2019

MAXINE M. CHESNEY
United States District Judge